**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| USA, | No.   CR-03-1048-PHX-JAT |
| Plaintiff/Respondent, |            CV-05-2121-PHX-JAT |
| vs. | **ORDER** |
| Cristobal Carrera-Acosta, | |
| Defendant/Movant. | |

Pending before the Court is Movant's Motion to Vacate, Set Aside, or Correct Sentence (Doc. #33). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #38) recommending that the Motion be denied.

Neither party has filed objections to the R&R. As a result, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #38) is **ACCEPTED**;

1 **IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct
2 Sentence (Doc. #33) is **DENIED**; and
3 **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**
4 and the Clerk of the Court shall enter judgment accordingly (thereby closing both the
5 criminal and civil case).
6 DATED this 4th day of April, 2006.

_____
James A. Teilborg
United States District Judge